UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Brian Thomas McVey, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | NO. SA-19-CV-01254-DAE |
| | § | |
| Steadfast Insurance Company, | § | |
|    Defendant. | § | |

## ADR REPORT

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

    Per Local Rule CV-88, Plaintiff Brian Thomas McVey and Defendant Steadfast Insurance Company hereby submit their ADR Report.

1. The parties are conducting discovery and have not attempted any settlement negotiations at this time.

2. The person responsible for settlement negotiations for Plaintiff is Plaintiff, Brian Thomas McVey, by and through his counsel of record, Thomas A. Crosley.

3. The person responsible for settlement negotiations for Defendant is Defendant Steadfast Insurance Company, by and through Defendant's counsel of record, William J. Akins.

4. The parties agree that ADR is appropriate by way of mediation.

5. The parties agree to use James W. Upton as the mediator in this case.

6. The parties agree that the mediator's fees will be shared equally by the parties.

Respectfully submitted,

CROSLEY LAW FIRM, P.C.
3303 Oakwell Court, Suite 200
San Antonio, Texas 78218
Telephone No.: (210) 529-3000
Facsimile No.: (210) 444-1561
Service Email: service@crosleylaw.com

By: _____
　　Thomas A. Crosley
　　Texas Bar No. 00783902
　　tom@crosleylaw.com

ATTORNEYS FOR PLAINTIFF
BRIAN THOMAS MCVEY

AND

FISHERBROYLES, LLP
100 Congress Avenue, Suite 200
Austin, Texas 78701
Telephone No.: (214) 924-9504
Facsimile No.: (214) 279-7192

By: _____
　　William J. Akins
　　Texas Bar No. 24011972
　　william.akins@fisherbroyles.com

ATTORNEYS FOR DEFENDANT
STEADFAST INSURANCE COMPANY